The UNION NATIONAL BANK OF YOUNGSTOWN, Appellant, v. Carl E. MOORE, Collector of Internal Revenue, Appellee.

No. 8166.

Circuit Court of Appeals, Sixth Circuit.
June 28, 1939.

Manchester, Ford & Powers, of Youngstown, Ohio, for appellant.

E. B. Freed, U. S. Atty., and E. L. Foote, Asst. U. S. Atty., both of Cleveland, Ohio, for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellant.

UNITED STATES of America v. George B. COX et al.

No. 1945.

Circuit Court of Appeals, Tenth Circuit.
July 25, 1939.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

Frank W. Nesbitt, of Miami, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America, Appellee, v. John P. FELTMAN, Appellant.

No. 279.

Circuit Court of Appeals, Second Circuit.
May 8, 1939.

Murray Kreindler, of New York City, for appellant.

John T. Cahill, U. S. Atty., of New York City (W. Mahlon Dickerson, Asst. U. S. Atty., of New York City, of counsel) for the United States.

Before L. HAND, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America, Appellee, v. Nelson E. HELLSTROM, Charles E. Howe, Albert J. Kattenhorn, and Theodore B. Turner, Appellants.

No. 313.

Circuit Court of Appeals, Second Circuit.
June 5, 1939.

Louis Halle, of New York City, for appellants.

W. Mahlon Dickerson, of New York City, for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.